POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   (781) 221-0060

O'Connell Law Office
135 Cambridge St., Suite 10
Burlington, MA 01803

FOR COURT USE ONLY

ATTORNEY FOR (Name):

UNITED STATES DISTRICT COURT OF MASSACHUSETTS
OF MASSACHUSETTS

PLAINTIFF/PETITIONER:
RICHARD HALLORAN

DEFENDANT/RESPONDENT:
ROSE INDUSTRIES

CASE NO:
05-10847JLT

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No:

Hearing date:              Time:                                    Dept./Div.:5

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; EXHIBIT A, B

3. a. Party served:      RONALD ROSE
   b. Person served:     RONALD ROSE

4. Address where the party was served:
   16742 STAGG ST., #117
   VAN NUYS, CA 91406

5. Manner of service in compliance with Federal Rules of Civil Procedure
   b. on 08/17/05 at 11:20 AM by leaving copies with or in the presence of:
         ELAINE DOE, OFFICE MANAGER
   (1)(business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) by mailing the copies to the party served 3a, addressed as shown in item 4, by first-class mail, postage prepaid
         on 08/22/05 (2) at LOS ANGELES, CA
   (5) A declaration of diligence is attached.

6. Person who served papers
   a. DAVID SMITH
   b. Process Service Associates
      24827 San Fernando Rd., #207

   d. The fee for service was $ 20.00
   e. I am: (3) Registered California
              process server
       (i)   (independent contractor)

| PLAINTIFF/PETITIONER:<br>RICHARD HALLORAN<br>DEFENDANT/RESPONDENT:<br>ROSE INDUSTRIES | CASE NO:<br>05-10847JLT |
|---|---|

      Santa Clarita, Ca 91321      (ii)  Registration No.: # 1978
  c.  (800) 799-5142                   (iii) County: LOS ANGELES

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 08/23/05
Judicial Council Form, Rule 982(a)(23) signature: _David Sun_ (signature)
   PSA389465

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

Richard Halloran

V.

Rose Industries, Inc.
and Ronald Rose

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-10847JLT

TO: (Name and address of Defendant)

Ronald Rose
16742 Stagg Street, # 117
Van Nuys, CA 91406

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. O'Connell, Esq.
O'CONNELL LAW OFFICE
135 Cambridge Street, Suite 10
Burlington, MA 01803
(781) 221-0060

an answer to the complaint which is served on you with this summons, within ____thirty (30)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  4-27-05

S E R V I C E      R E P O R T

Our Invoice #-PSA389465       Server #-35
 08/22/05

Bill to:    O'Connell Law Office                    Your File #
            135 Cambridge St., Suite 10             Case # 05-10847JLT
            Burlington, MA 01803                    Attn: THOMAS P. O'CONNELL

Case Title: RICHARD HALLORAN VS. ROSE INDUSTRIES
Name(s):
RONALD ROSE


Address: 16742 STAGG ST., #117                      VAN NUYS, CA 91406
Document(s):
SUMMONS AND COMPLAINT; EXHIBIT A, B


-------------------------------------REPORT----------------------------------------

Date & Time Served: 08/17/05 11:20    AM      Place Served: BUSINESS
Substituted Service
    RONALD ROSE

    by leaving copies with ELAINE DOE, OFFICE MANAGER

Remarks:


              Service Fee:   20.00            Extra Service:
                  Mileage:                      Back Pickup:
                  Advance:                    Due Diligence:
                  Special:                             Time:
            Investigations:                  Back Delivery:
         Outside Services:                   FedEx/Postage:
            Court Services:                  Document Prep:
             Check Charge:                        Recording:
              Rush Filing:          Out of County/State:
                   Notary:                     Declaration:
                    Index:                              Fax:
       Data Base Retrieval:              Next Day Filings:
            Rush Services:             Not Found Address:
       Rush Court Service:             Incoming Fax Fee:
             Field Locate:                       Stake Out:
          Monthly Retainer:          Priority/On Demand:

              TOTAL FEES CHARGED:$    20.00

         **PLEASE INDICATE INVOICE NUMBER WITH REMITTANCE**