| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>O'Connell Law Office<br>135 Cambridge St., Suite 10<br>Burlington, MA 01803<br><br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT OF MASSACHUSETTS<br>OF MASSACHUSETTS | |
| PLAINTIFF/PETITIONER:<br>RICHARD HALLORAN | |
| DEFENDANT/RESPONDENT:<br>ROSE INDUSTRIES | CASE NO:<br>05-10847JLT |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:              Time:                          Dept./Div.:5

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; EXHIBIT A, B

3. a. Party served:       ROSE INDUSTRIES, INC.
   b. Person served:      RONALD ROSE
                          PRESIDENT

4. Address where the party was served:
       16742 STAGG ST., #117
       VAN NUYS, CA 91406

5. Manner of service in compliance with Federal Rules of Civil Procedure
   b. on 08/17/05 at 11:20 AM by leaving copies with or in the presence of:
           ELAINE DOE, OFFICE MANAGER
   (1)(business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) by mailing the copies to the party served 3a, addressed as shown in item 4, by first-class mail, postage prepaid on 08/22/05 (2) at LOS ANGELES, CA

                          (public entity)

6. Person who served papers             d. The fee for service was $ 49.50
   a. DAVID SMITH                       e. I am: (3) Registered California
   b. Process Service Associates                process server
      24827 San Fernando Rd., #207

| PLAINTIFF/PETITIONER:<br>RICHARD HALLORAN<br>DEFENDANT/RESPONDENT:<br>ROSE INDUSTRIES | CASE NO:<br>05-10847JLT |
|---|---|

    Santa Clarita, Ca 91321        (i)   (independent contractor)
    (800) 799-5142              (ii)  Registration No.: # 1978
c.                                              (iii) County: LOS ANGELES

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 08/23/05
Judicial Council Form, Rule 982(a)(23) signature: _David Sca_
   PSA389465

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Richard Halloran

**SUMMONS IN A CIVIL ACTION**

V.

Rose Industries, Inc.
and Ronald Rose

CASE NUMBER:

TO: (Name and address of Defendant)

Rose Industries, Inc.
16742 Stagg Street, # 117
Van Nuys, CA 91406



05-10847JLT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. O'Connell, Esq.
O'CONNELL LAW OFFICE
135 Cambridge Street, Suite 10
Burlington, MA 01803
(781) 221-0060

an answer to the complaint which is served on you with this summons, within _____thirty (30)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

DATE  4-27-05

(By) DEPUTY CLERK

```
Our Invoice #-PSA389465      Server #-35
08/22/05

Bill to:    O'Connell Law Office              Your File #
            135 Cambridge St., Suite 10       Case # 05-10847JLT
            Burlington, MA 01803              Attn: THOMAS P. O'CONNELL

Case Title: RICHARD HALLORAN VS. ROSE INDUSTRIES
Name(s):
ROSE INDUSTRIES, INC.


Address: 16742 STAGG ST., #117                VAN NUYS, CA 91406
Document(s):
SUMMONS AND COMPLAINT; EXHIBIT A, B
```

---------------------------------------REPORT---------------------------------------

```
Date & Time Served: 08/17/05 11:20    AM        Place Served: BUSINESS
Substituted Service
    RONALD ROSE
    PRESIDENT
    by leaving copies with ELAINE DOE, OFFICE MANAGER

Remarks:



            Service Fee:      49.50           Extra Service:
                Mileage:                        Back Pickup:
                Advance:                      Due Diligence:
                Special:                                Time:
          Investigations:                     Back Delivery:
        Outside Services:                     FedEx/Postage:
          Court Services:                     Document Prep:
            Check Charge:                          Recording:
             Rush Filing:                 Out of County/State:
                  Notary:                        Declaration:
                   Index:                                 Fax:
     Data Base Retrieval:                   Next Day Filings:
           Rush Services:                   Not Found Address:
      Rush Court Service:                   Incoming Fax Fee:
            Field Locate:                          Stake Out:
         Monthly Retainer:                Priority/On Demand:

            TOTAL FEES CHARGED:$    49.50

      PLEASE INDICATE INVOICE NUMBER WITH REMITTANCE
```



# Process Service Associates

Phone (800) 799-5142  Fax (661) 799-9657  Pouch # E-260
24827 San Fernando Rd. #207 Santa Clarita, CA. 91321

Document Prepared On Recycled Paper