## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

RICHARD HALLORAN,
  Plaintiff,

   v.

RONALD ROSE AND
ROSE INDUSTRIES, INC.,
  Defendants.

}
}
}
}
}
}
}
}
}
}
}

CIVIL ACTION NO. 05-10847-JLT

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, Richard Halloran, does hereby dismiss the above-captioned action with prejudice. The Complaint in this case was filed on April 27, 2005, and proof of service has been made as to both Defendants. Defendants have neither answered nor filed a motion for summary judgment.

Wherefore, Plaintiff respectfully requests that his notice of voluntary dismissal Fed. R. Civ. P. 41(a)(1)(i) be entered by the Court.

Dated: November 30, 2005

Respectfully Submitted,

Plaintiff, by his
Attorney,

/s/ Thomas P. O'Connell
Thomas P. O'Connell, Esq.
BBO # 567,644
O'Connell Law Office
135 Cambridge Street, Suite 10
Burlington, MA 01803
Telephone: 781.221.0060